# EXHIBIT 2



**Registration Number:**

# TXu 1-579-553

Effective date of registration:

August 6, 2008

## Title
**Title of Work:** BankTrade Version 8 0

## Completion/Publication
**Year of Completion:** 2006

## Author
- **Author:** Complex Systems, Inc
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Complex Systems, Inc
33 Maiden Lane, New York, NY, 10038, United States

## Rights and Permissions
- **Organization Name:** Kaplan Gilman Gibson & Dernier LLP
- **Name:** Michael R Gilman
- **Email:** mgilman@kggd com          **Telephone:** 732-634-7634
- **Address:** 900 Route 9 North
  Suite 504
  Woodbridge, NJ 07095 United States

## Certification
- **Name:** Michael R Gilman
- **Date:** August 6, 2008

IPN#:

Registration #:   TXU001579553

Service Request #:   1-84230321

Kaplan Gilman Gibson & Dernier LLP
Michael R. Gilman
900 Route 9 North
Suite 504
Woodbridge, NJ 07095  United States