# Kaplan Breyer Schwarz & Ottesen

Jeffrey I. Kaplan, Esq.
Partner
NJ and NY Bars, Reg. Patent Attorney
Email: jkaplan@kbsolaw.com
Phone: 732-578-0103 x231

September 7, 2012



**VIA FAX**
The Honorable Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan United States Courthouse
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

    Re:    *Complex Systems, Inc. v. ABN AMRO Bank N.V.*
            Civil Action No. 08-cv-7497 (LBS) (FM)

Dear Judge Sand:

    We represent Complex Systems, Inc. ("CSI") in the above matter, and will be filing CSI's Reply Brief in Support of Its Motion for Summary Judgment today.

    The Reply Brief responds to a 40-page submission made by ABN, and is 16 pages long. As replies are typically limited to 10 pages, we request permission to file a 16-page reply brief. Counsel for ABN has indicated ABN does not object to this request, and we therefore respectfully request that the Court grant permission by So Ordering this letter.

    Respectfully submitted,

    KAPLAN BREYER SCHWARZ & OTTESEN LLP

    Jeffrey I. Kaplan

JIK/pa
c:   John C. Garces, Esq. (via email)

*Leonard B. Sand*
So ordered,
9/7/12

KAPLAN BREYER SCHWARZ & OTTESEN, LLP
100 Commons Way • Suite 250 • Holmdel, New Jersey • 07733
Phone: (732) 578-0103 • Fax: (732) 626-9001
www.kbsolaw.com

*Ken Ottesen, a name partner, is admitted to the California Bar ONLY