UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COMPLEX SYSTEMS, INC.,

              Plaintiff,

         -v-                         08 Civ. 7497 (KBF)

ABN AMRO BANK N.V.,              ORDER

              Defendant.
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On May 9, 2014, ABN AMRO Bank N.V. ("ABN") filed a letter requesting a stay of the Order issued today, May 9, 2014, which granted permanent injunctive relief to Complex System, Inc. ("CSI"). (ECF No. 429.) CSI has filed a letter in opposition. (ECF No. 431.)

ABN is directed to proceed by way of formal motion. The Court sets the following expedited briefing schedule: ABN shall file its opening motion no later than **Thursday, May 15, 2014** at **9:00 a.m.**; CSI shall file its opposition by **Monday, May 19, 2014** at **5:00 p.m.**; and ABN shall file any reply no later than **Tuesday, May 20, 2014** at **5:00 p.m.** The Court will issue a decision shortly thereafter.

SO ORDERED.

Dated:     New York, New York
             May 9, 2014

                                              KATHERINE B. FORREST
                                              United States District Judge