N.Y.S.D. Case # 08-cv-7497(KBF)

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand and fourteen,

Complex Systems, Inc.,

    Plaintiff - Appellee - Cross - Appellant,

v.

ABN AMRO Bank N.V.,

    Defendant - Appellant - Cross - Appellee.

ORDER
Docket No. 14-1666, 14-1919

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 19, 2014

The parties in the above-referenced case have filed a stipulation withdrawing these appeals pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/19/2014